# COURT MINUTES

Page 1

## Magistrate Judge Jonathan Goodman

**King Building Courtroom 11-3**  Date: 2/22/23   Time: 10:00 a.m.

---

Defendant: 1) Vilaire Duroseau    J#: Bond    Case #: 23-60007-CR-SINGHAL/DAMIAN

AUSA: Joseph Egozi    Attorney: Thomas Payne - Retained

Violation: Conspiracy to Commit Wire Fraud, Wire Fraud

Proceeding: Arraignment    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:

Bond Set at: $150,000 psb, $150,000 w/10%    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Creole

Disposition:
*Brady Order given 2/8/23*.
Defendant present. **Defendant ARRAIGNED.** Reading of Indictment WAIVED. Not Guilty plea entered. Jury trial demanded. Standing Discovery Order requested. All further proceedings before Judge Singhal.

Time from today to ___ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. JG-10:04:33; 10:20:19    Time in Court: 18 mins.